UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PATRICK GARRETT, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | )   2:10-cv-02220-PMP-GWF |
| v. | ) |
| | )   **MINUTE ORDER** |
| FHI PLANT SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |
| | )   Dated: May 18, 2011 |

PRESENT:   THE HONORABLE LAWRENCE R. LEAVITT, United States Magistrate Judge

JUDICIAL ASSISTANT:  Carol DePino    RECORDER:    None

COUNSEL FOR PLAINTIFF(S):    None Appearing

COUNSEL FOR DEFENDANT(S):    None Appearing

    This is an action for the recovery of unpaid wages and/or overtime compensation pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b).  It was erroneously referred to the undersigned U.S. Magistrate Judge for the scheduling of an Early Neutral Evaluation Session pursuant to LR 16-6.  The court-based Early Neutral Evaluation Program is available to the litigants only in employment <u>discrimination</u> actions, such as those based on race, sex, age, religion, national origin, or disability.

    IT IS THEREFORE ORDERED that the Early Neutral Evaluation Session scheduled for June 7, 2011 is hereby vacated.

    IT IS FURTHER ORDERED that plaintiffs' request for Exception to Attend Early Neutral Evaluation Session (#12) is denied as moot.

                                      **LAWRENCE R. LEAVITT**
                                      **UNITED STATES MAGISTRATE JUDGE**